Plaintiff: Andrew Marshall McElrath
(vs)
Defendants: Mark Zuckerberg and Facebook inc, Meta Quest inc and Johnny Howell sr, Johnny Howell jr and Regina Wells ... all in official capacity and individual capacity

Plaintiff's Caption should read as listed above...

respectfully submitted

Pro-se: Andrew Marshall McElrath
date: 12-25-22

Mr NEETruth

# Complaint

The defendant Howell came to and ask me to front him (Howell) some drugs which I agreed after a verbal agreement was made between us this being that if he failed to pay me for my drugs within the week we both agreed to, it would allow me right to confiscate a enclosed trailer which Howell owned in place of the money he owed me for my drugs he failed to pay me for.

Howell failed to pay his debt, leaving me right to the enclosed trailer... I confiscate the trailer as we agreed on.

Howell files charges against me for theft of this enclosed trailer saying that our verbal agreement does not allow me right to take his enclosed trailer simply because we failed to put it in writing... I 'disagree'... this leads to me being charged with grand larceny and put in jail.

The defendants Johnny Howell sr and his son Johnny Howell jr and his wife Regina Wells join up with Mark Zuckerberg being the owner, president and ceo of facebook and meta quest a well known social media web site... Mark Zuckerberg and facebook and Meta quest allows the defendants to use its social website to post my entire life criminal records on this social media website to support slandering statements about me as well as false statements about me as well as degrading and humiliating comments with ill intent to ruin my reputation

1

and ruins any life long dream of becoming a man of political power someday and/or to destroy my chance of gaining decent employment if any at all. This causing sever depression and causing McElrath to attempt suicide causing him to have permanent injury such as slur speech and loss of feeling in his left arm and nerve damage in his back and neck for the remander of his life to come... McElrath also claims he suffers from nightmares as a result of this... this leaving Meta quest and facebook and defendants liable for damages as well as any civil rights violations as well as all other listed defendants in this case.. Here all defendants especially facebook, Meta quest inc. violates McElraths civil rights being the 4th amendment and 8th amendment which McElrath claims the united state constitution and amendments gaurantee him rights to as well as all other defendants leaving them liable for all damages and violations... and in total disregard to laws in place as well as terms of services in place they totally ignored this and any civil liberties in place they simply ignored and acted with ill intent to cause McElrath damages as listed and violations of his civil rights.

respectfully submitted
Andrew Marshall McElrath

argument (1) (a)

McElrath claims the 4th amendment allows his paper including records the right to be safe and secure this right being a gauranteed right provided by the 4th amendment. he further claims his records are infact public records for anyone in the world to "VIEW" only.

McElrath claims that anybody in the world can view his record on a US gov website and inorder to do so you must agree and except to the <u>terms of services</u> in place.

McElrath claims within these <u>terms and services</u> it clearly states these records are not ment to be used unlawfully it also states these records are not ment to copied and/or re-published and/or advertized in any unlawful way

McElrath further claims the sole purpose of these <u>terms of services</u> in place which anyone must except inorder to view is here to protect those rights the US constitution and amendments gaurantees everyone. McElrath claims here all defendant agreed to these <u>terms of services</u> and/or should have known of them specifically Mark Zuckerberg and facebook and Meta quest inc after recently being sued for this very same reason which they settled for over five hundred million dollars.

Please note: IM referring to Meta Quest amendment violations -Zuckerberg argument (1) (b)

Please note: IM referring to facebook when I say Mark Zuckerberg Rather McElrath claims Mark Zuckerberg allowed the defendants and took part in by allowing the defendants to use his website in a unlawfully manner in total disregard of the terms of services in place Mark Zuckerberg allows the defendants to republish and advertise McElraths criminal records to support false statements toward McElrath and to support slandering statements about McElrath and to support degrading and humiliating comments about McElrath such as McElraths a snitch a thief and lowlife trash and more in a attempt to humiliate, and degrade him. which brings into existence a 8th amendment violation of McElrath civil rights. McElrath claims that his records was brought out of the terms of services set in place and used in a cruel and unusual way to cause McElrath damages of actual/mental and physical damages with ill intent to destroy and ruin him this bringing into existence a 8th amendment violation of McElrath as well as a 4th amendment violations of McElrath civil rights which the 4th and 8th amendments guarantee him to be free from thus leaving all defendants specifically facebook an Meta Quest liable for all damages and civil rights violations of McElrath.

Argument 2

McElrath claim that inorder to view records a person must agree and except to the terms of services in place this being undisputed facts period.

(a) When a person violates these terms of service it becomes a violation of the terms (rules and/or laws which you agreed to inorder to view) of services set in place clearly before and after and during the time of viewing.

(b) As here when those terms are being violated and used to support slandering statement directly toward someone as here McElraths records was used to support slandering statement directly toward McElrath this becomes unlawful as well as cruel and unusual for the records of McElraths to be used in such a manner to degrade and ruin his reputation and cause actual damages. This brings into existence a civil right violation of McElraths 4th and 8th amendments.

argument 2 continued

(c) McElrath claims when those terms are being violated and used to support false statement pertaining directly toward him same concept applys as argued in argument 2(b) here, thus to creates a civil rights violation of McElraths

(d) McElrath claims the 'Terms of Services' was created for the sole purpose of protecting anybodys civil rights to prevent this unusual and cruel behavior which these defendants carried out

(e) McElrath claims that Facebook an Meta Quest could have prevented this but failed to do so rather he takes part by allowing and promoting and re-advertising and publishing such cruel and unusual behavior on his well known social media website leaving him directly liable for these violations and damages caused to McElrath

argument 3 (a).

1. McElrath claims that meta quest had the opportunity to stop this and simply failed to do so.. Rather meta quest completly ignored any terms of service violations and allowed and even supported these violations by re-publishing it for the world to see to intentionally bring harm and damages, as well as civil rights violations of McElraths into existence... of the 4th and 8th amendment in which McElrath has rights to by law of the United States Constitution.. McElrath claims the 4th amendment allows his puveis includ inding (Public Records) to be safe this right he is gauranteed by the 4th amendment. Please note within this argument when I say meta quest I'm referring to (meta quest and facebook incorperated)... McElrath claims that meta-quest and facebook have absolute knowledge of terms of services all social media sites and/or all websites have, simply because they to also have terms of services in place... for example if a person past something they (meta quest and facebook) disagree with this person is notified by the social website by way of saying this goes against community standards and will not be posted. This being their very on terms of services

which governs its very on site as a way to protect their rights and everyone else also. McElrath claims this to be undisputed facts so it is very clear meta quest and/or facebook knew about this before they re-published it and/or posted it and could have prevented this and simply failed to do so this being very unusual and cruel in fact. Especially after recently settling another case very similar and/or of terms of services for over five hundred million dollars.

However these cruel and very unusual action of meta quest and/or facebook brings into existence of another civil rights violation of McElraths 8th amendment of the united states constitution of america which gaurantees McElrath the absolute right to be free of and/or from cruel and unusual punishment this being undisputed facts and laws of the united states leaving meta quest and facebook directly liable for these civil rights violations of McElrath as well as liable for any damages as a result of and/or from these violations and terms of services which was violated. McElrath will further claim as President, owner and founder and CEO of meta quest and/or facebook Mark Zuckerberg is directly liable for all violations and damages which McElrath suffered then now and rest of life to come!